61 F.3d 751
 Unempl.Ins.Rep. (CCH) P 15084B, 95 Cal. Daily Op.
Serv. 6293,
95 Daily Journal D.A.R. 10,700
Harold ATKINS, Plaintiff-Appellant,
v.
Donna E. SHALALA, Secretary of Health & Human Services,
Defendant-Appellee.
 No. 94-35020.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted July 14, 1995.
Decided Aug. 9, 1995.
Rehearing Denied Nov. 22, 1995.
 
 1
 Ralph Wilborn, Eugene, OR, for plaintiff-appellant.
 
 
 2
 Richard H. Wetmore, Asst. Regional Counsel, Dept. of Health & Human Services, Seattle, WA, for defendant-appellee.
 
 
 3
 Appeal from the United States District Court for the District of Oregon; Helen J. Frye, District Judge, Presiding.
 
 
 4
 Before: HUG, and FERGUSON, Circuit Judges, and SCHWARZER,* District Judge.
 
 ORDER
 
 5
 We determine that the opinion of the district court, Atkins v. Shalala, 837 F.Supp. 318 (D.Or.1993), is correct in all aspects and it is adopted as the opinion of this Court.
 
 
 6
 The Judgment of the district court is affirmed.
 
 
 7
 AFFIRMED.
 
 
 
 *
 Honorable William A. Schwarzer, Senior United States District Judge for the Northern District of California, sitting by designation